IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| FENWICK AUTOMOTIVE PRODUCTS LIMITED,<br><br>Debtor. | Case No. 13-[_____] (____) |

**DEBTOR'S STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor (the "Debtor") states that the following is a list of all corporations, other than governmental units, that directly or indirectly own 10% or more of any class of interests in the Debtor:

| Name | Address | Percentage of Ownership |
|---|---|---|
| Motorcar Parts of America, Inc. | 2929 California Street<br>Torrance, CA 90503 | 100% (direct) |

01:13695317.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| FENWICK AUTOMOTIVE PRODUCTS LIMITED, | Case No. 13-[_____] (____) |
| Debtor. | |

## DECLARATION CONCERNING DEBTOR'S STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Donald S. MacKenzie, Chief Restructuring Officer of the above-captioned debtor, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing *Debtor's Statement of Corporate Ownership Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure* submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated: June 10, 2013

_____
Donald S. MacKenzie
Chief Restructuring Officer

01:13695317.1