# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTROCAN INC.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 13-[_____] (____) |
| In re:<br><br>FENWICK AUTOMOTIVE PRODUCTS LIMITED, *et al.*,<br><br>        Debtor. | Chapter 7<br><br>Case No. 13-[_____] (____) |
| In re:<br><br>FLO-PRO INC.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 13-[_____] (____) |
| In re:<br><br>LH DISTRIBUTION INC.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 13-[_____] (____) |
| In re:<br><br>RAFKO LOGISTICS INC.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 13-[_____] (____) |
| In re:<br><br>RAFKO HOLDINGS INC.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 13-[_____] (____) |
| In re:<br><br>RAFKO ENTERPRISES INC.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 13-[_____] (____) |

01:13695468.1

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that my firm, Young Conaway Stargatt & Taylor, LLP ("YCST") is counsel for the above-captioned debtors and that the aggregate compensation paid to YCST within one year before the filing of the petitions in bankruptcy, or agreed to be paid to YCST, for services rendered or to be rendered on behalf of the debtors in contemplation of or in connection with the filing of these bankruptcy cases is as follows:

For legal services, YCST has agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . $514,435.00
Prior to the filing of this statement YCST has received . . . . . . . . . . . . . . . . . . $514,435.00
Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ -0-

2.  The source of the compensation paid to YCST was the debtors.

3.  The source of compensation to be paid to YCST is: N/A

4.  YCST has not agreed to share the above-disclosed compensation with any other person unless they are partners, members or associates of YCST.

5.  In return for the above-disclosed fee, YCST has paid certain expenses incurred and agreed to render legal services relating to the bankruptcy cases, including:

    a.  Analysis of the debtors' financial situation, and rendering advice to the debtors in determining whether to file petitions in bankruptcy; and

    b.  Preparation and filing of petitions and certain other ancillary documents required to commence these bankruptcy cases.

6.  The majority of the above-disclosed fee was incurred for services related to preparing chapter 11 bankruptcy cases for the debtors, including preparation of draft pleadings for chapter 11 bankruptcy cases, negotiations with various parties in interest regarding the potential chapter 11 bankruptcy cases, and legal advice relating to the potential chapter 11 bankruptcy cases.

7.  By agreement with the debtors, the above-disclosed fee does not include the representation of the debtors in adversary proceedings and other contested bankruptcy matters; nor does it include any future non-bankruptcy representation.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to YCST for representation of the debtors in the above-captioned bankruptcy proceedings.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

June 10, 2013
Wilmington, Delaware

Michael R. Nestor (No. 3526)
Rodney Square
1000 King Street
Wilmington, Delaware 19801
(302) 571-6600

01:13695468.1