**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/12)     Case Number **13−11500−BLS**

UNITED STATES BANKRUPTCY COURT District of Delaware

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/10/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Fenwick Automotive Products Limited
aka City Wide Automatic Transmission Services, aka
Fenwick Automotive Products
1100 Caledonia Road
Toronto, ON M6A 2W5
CANADA

| Case Number:<br>13−11500−BLS | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>98−0178112 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Michael R. Nestor<br>Young Conaway Stargatt & Taylor<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone number: 302−571−6600 | Bankruptcy Trustee (name and address):<br>George L. Miller<br>1628 John F. Kennedy Blvd.<br>Suite 950<br>Philadelphia, PA 19103−2110<br>Telephone number: 215−561−0950 |

## Meeting of Creditors

Date: **July 17, 2013**           Time: **01:00 PM**
Location: **844 King Street, Room 2112, Wilmington, DE 19801**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801<br>Telephone number: 302−252−2900 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David D. Bird |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: 6/11/13 |

**EXPLANATIONS**                                                                 B9B (Official Form 9B) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices