# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Fenwick Automotive Parts Limited, | Case No. 13-11500 (BLS) |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The undersigned hereby provides notice that William J. Barrett is hereby entering his appearance on behalf of Wanxiang America Corporation, a creditor in this case, pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedures and Sections 342 and 1109(b) of the Bankruptcy Code.  The undersigned further requests that all correspondence, pleadings and notices should be sent to the following address:

> William J. Barrett
> Barack Ferrazzano Kirschbaum
>  & Nagelberg LLP
> 200 West Madison Street, Suite 3900
> Chicago, IL 60606
> Telephone:    (312) 984-3100
> Facsimile:    (312) 984-3150
> william.barrett@bfkn.com

Dated:  June 14, 2013

Respectfully submitted,

   /s/ William J. Barrett
William J. Barrett
(Illinois State Bar No. 6206424)
Barack Ferrazzano Kirschbaum
 & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
Telephone:    (312) 984-3100
Facsimile:    (312) 984-3150
william.barrett@bfkn.com

*Attorney for Wanxiang America Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service was duly served on all parties receiving electronic notification in this case from the Court ECF system on this 14th day of June, 2013.

                                                      /s/ William J. Barrett
                                                        William J. Barrett