# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTROCAN, INC.,<br>        Debtor. | Case No. 13-11499 (BLS)<br>Chapter 7 |
| In re:<br><br>FENWICK AUTOMOTIVE PRODUCTS LIMITED,<br>        Debtor. | Case No. 13-11500 (BLS)<br>Chapter 7 |
| In re:<br><br>FLO-PRO INC.,<br>        Debtor. | Case No. 13-11501 (BLS)<br>Chapter 7 |
| In re:<br><br>LH DISTRIBUTION INC.,<br>        Debtor. | Case No. 13-11502 (BLS)<br>Chapter 7 |
| In re:<br><br>RAFKO LOGISTICS INC.,<br>        Debtor. | Case No. 13-11504 (BLS)<br>Chapter 7 |
| In re:<br><br>RAFKO HOLDINGS INC.,<br>        Debtor. | Case No. 13-11505 (BLS)<br>Chapter 7 |
| In re:<br><br>RAFKO ENTERPRISES INC.,<br>        Debtor. | Case No. 13-11507 (BLS)<br>Chapter 7 |
| | **Objection Deadline:**<br>**July 15, 2013 at 4:00 p.m.**<br><br>**Hearing Date:**<br>**To Be Assigned by the Court** |

**MOTION OF GEORGE L. MILLER CHAPTER 7 TRUSTEE FOR ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO PREPARE AND FILE DEBTORS' SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, EXTENDING TIME FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, AND APPROVING REIMBURSEMENT OF EXPENSES INCURRED AS AN <u>ADMINISTRATIVE EXPENSE</u>**

George L. Miller, the Chapter 7 Trustee (the "Trustee") for the estates (the "Estates") of the above-captioned debtors (the "Debtors"), by and through his undersigned proposed counsel, hereby moves this Court for entry of an Order authorizing the Trustee to prepare and file the Debtors' Schedules and Statement of Financial Affairs (as defined below), extending the time for filing the Schedules and Statement of Financial Affairs, and approving reimbursement of fees and costs incurred in the preparation and filing of the Schedules and Statement of Financial Affairs, (as defined below), as an administrative expense (the "Motion").  In support of the Motion the Trustee avers as follows:

### Jurisdiction

1.      The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2.      Venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C §§ 1408 and 1409.

3.      The statutory predicates for the relief sought herein are Section 521 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007(k) of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules").

### Background

4.      On June 10, 2013 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").  For sixty (60) years prior to the Petition Date, the Debtors and/or their affiliates operated in the United States, Canada and Mexico as leading manufacturers, remanufacturers and distributors of aftermarket automobile parts, namely new

and remanufactured steering components, brake calipers, master cylinders, hub assembly and bearings, and clutches and hydraulics for virtually all passenger and truck vehicles.

5. On or about the Petition Date, the Office of the United States Trustee appointed George L. Miller as the interim trustee to the estates of the Debtors. A meeting of creditors pursuant to section 341 of the Bankruptcy Code is scheduled to be held on July 17, 2013.

6. On June 11, 2013, a Notice of Petition Deficiency was filed by the Clerk of the Court in each of the Debtors' cases. The Notice of Petition Deficiency requires each Debtor to file by June 25, 2013: (i) Statement of Financial Affairs with Declaration; (ii) Schedules A, B, D, E, F, G, and H; (iii) Summary of Schedules; and (iv) Declaration Concerning Debtors' Schedules (collectively, the "Schedules and Statement of Financial Affairs").

7. To date the Schedules and Statement of Financial Affairs have not been drafted. The Trustee has been informed by representatives of the Debtors that until the eve of the Petition Date the Debtors were planning to file under Chapter 11 of the Bankruptcy Code but were unexpectedly advised late on Sunday, June 9, 2013 that certain negotiated post-petition financing needed for a Chapter 11 would not be provided to the Debtors. The Debtors, prior to the filing the Bankruptcy Case, were apparently unable to devote the resources necessary to complete the Schedules and Statement of Financial Affairs. The Debtors have provided the Trustee with some documentation (including drafts of Chapter 11 First Day Motions) relating to the structure and prepetition extensive operations of the Debtors and their affiliates in the United States, Canada and Mexico; however, the Trustee has not received sufficient information, nor has he had ample time, necessary to complete the Schedules and Statement of Financial Affairs for this number of relatively large estates. The Trustee's efforts up until this point have been primarily focused on (i) gaining an understanding of the businesses of the Debtors and their affiliates, (ii) addressing

3

---

issues related to the sudden closing of the manufacturing plants and warehouse distribution facilities maintained by the Debtors and their affiliates, and (iii) in conducting preliminary discussions with the Debtors' purported secured creditors regarding identifying and protecting property of the estate so as to facilitate the liquidation of the Estate.

8.  The Trustee, based upon information provided to him, believes some if not all of the Debtors' cases to be cases with assets that will require administration for the benefit of the creditors of the Estates.

**Relief Requested**

9.  In light of the foregoing facts, the Trustee by this Motion respectfully requests an Order authorizing the Trustee to prepare and file the Schedules and Statement of Financial Affairs on behalf of each Debtor, extending the deadline for filing the Schedules and Statement of Financial Affairs in these cases until August 26, 2013, and allowing, the reimbursement of any and all fees and costs incurred by the Trustee and his professionals (upon approval of fee applications) in the preparation, finalization and filing of the Schedules and Statement of Financial Affairs as an administrative expense pursuant to Section 521 of the Bankruptcy Code and Bankruptcy Rule 1007(h).

10. The Trustee and his professionals will diligently work to complete the Schedules and Statement of Financial Affairs and intends to utilize the Debtors' records in connection with the preparation and filing of the Schedules and Statement of Financial Affairs; however, additional time is required to allow the Schedules and Statement of Financial Affairs of each of the Debtors to be prepared given that (i) the Debtors' employees are generally no longer available to assist the Trustee and (ii) the complex and extensive nature of the Debtors' former operations at multiple locations in the United States, Canada and Mexico. Accordingly, the

16791651\2 00601.0823.000/337792.000
06/24/2013

Trustee is also requesting an extension of time through and including August 26, 2013 in which to prepare and file the Schedules and Statement of Financial Affairs pursuant to Bankruptcy Rule 1007(c), without prejudice to the Trustee's right to seek further extensions.

11. In accordance with 1007(a)(4) notice of this Motion has been provided to (i) Debtors' counsel, (ii) the United States Trustee, and (iii) all parties in interest having requested notice pursuant to Rule 2002. In light of the nature of the relief requested, the Trustee submits that no further notice need be given.

WHEREFORE, the Trustee respectfully requests that this Court enter the proposed form of Order filed with the Motion and grant such other and further relief as is just and proper.

Date: June 24, 2013

COZEN O'CONNOR

*/s/ John T. Carroll, III*

John T. Carroll, III (DE No. 4060)
Damien Nicholas Tancredi (DE No. 5395)
1201 North Market Street
Suite 1001
Wilmington, DE  19801
Telephone:  (302) 295-2028
Facsimile:  (302) 295-2013
jcarroll@cozen.com
dtancredi@cozen.com

*Proposed Counsel to the Chapter 7 Trustee, George L. Miller*