To: Michael R. Nestor – Attorney for Debtor
Young Conaway Strargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE 19801

George L. Miller – Bankruptcy Trustee
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103-2110

David D. Bird – Clerk of the Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801

Dated: July 8 2013

In Re: Fenwick Automotive Products Limited
EIN: 98-0178112
Case No.: 13-11500-BLS

Dear Sirs:,

I write to you on behalf of the Committee representing the Motorcar Parts of America Employee Group ( the "MPA Employee Group") recently constituted to collectively respond to the following service of documents:

1. Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines. See highlighted recipients, Dated: 6/11/13

2. Notice of Assets from which a dividend might possibly be paid to creditors, Dated: 6/17/13

The MPA Employee Group is confused about the bankruptcy claim and, in particular, why our names have been listed among the creditors of Fenwick Automotive Products Limited ("Fenwick"), a subsidiiary of the parent company, Motorcar Parts of America (MPA). Each of the members of the MPA Employee Group was individually and directly employed by MPA.

The MPA Employee Group is in the process of retaining legal counsel and respectfully requests that this letter be brought to the attention of the presiding judge in the Chapter 7 bankruptcy proceedings. The MPA Employee Group, individually and collectively, request an opportunity to appear in person or via telephone to make submissions before the judge so we can voice our concerns.

Looking forward to your quick response.,

Paul Rodrigues (905 841 7053)
186 Tonner Crescent,
Aurora, Ont., L4G 0G8
Canada