UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| FENWICK AUTOMOTIVE PRODUCTS LIMITED, | ) Bankruptcy No. 13-11500 (BLS) |
| | ) |
| Debtor, | ) RE: DOC. NO. 89 |

## ORDER CONFIRMING THE TERMINATION OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(j)

AND NOW, upon consideration of the Motion of BMW Group Financial Services Canada ("BMW") seeking the entry of an Order under 11 U.S.C. § 362(j) confirming the termination of the automatic stay; and, alternatively, the entry of an order granting relief from the automatic stay; and for such other and further relief as is just ("Motion") and after notice thereof, and an opportunity to be heard, and the Court having found that cause therefore having been shown, it is hereby,

ORDERED that the Motion is GRANTED; and it is further

ORDERED that it is confirmed pursuant to 11 U.S.C. § 362(j) that the automatic stay has terminated under the provisions of 11 U.S.C. §§ 362(c)(1), 365(d)(1) and 365(p)(1) with respect to that certain 2010 BMW 750Li xDrive automobile, Vehicle Identification Number WBAKC8C5XACY68512 ("Vehicle"); and it is further

ORDERED, that the fourteen (14) day stay imposed under Federal Rule of Bankruptcy

(A portion of this page intentionally left blank)

4748241.1

Procedure 4001(a)(3) is waived or is not applicable.

Dated: October 29, 2013  
Wilmington, Delaware

BY THE COURT:

*[signature]*

Honorable Brendan L. Shannon  
United States Bankruptcy Judge

4748241.1