# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FENWICK AUTOMOTIVE PRODUCTS LIMITED,<br><br>　　　　　　　　Debtor. | Case No. 13-11500 (BLS)<br><br>Chapter 7 |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 31, 2013 AT 12:30 P.M.**

**HEARING IS CANCELLED**

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:**

1. Request of BMW for an Order Under 11 U.S.C. 362(j) Confirming the Termination of the Automatic Stay; and, Alternatively, Motion of BMW Group Financial Services Canada for Relief from the Automatic Stay of 11 U.S.C. Section 362; and for Other Relief Filed by BMW Group Financial Services Canada
[Filed 10/8/2013; Docket No. 89]

    <u>Related Documents</u>:

    (a) Certification of No Objection
    [Filed 10/25/2013; Docket No. 95]

    (b) Proposed Order

    <u>Objection Deadline:</u>    October 24, 2013 at 4:00 p.m.

    <u>Responses Received:</u>    None

    **Status:**    **Order has been entered by the Court.**

Dated:  October 29, 2013

　　　　　　　　　　　　　　　COZEN O'CONNOR

　　　　　　　　　　　　　　　*/s/ John T. Carroll, III*
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　John T. Carroll, III, Esq. (DE No. 4060)
　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　Suite 1001
　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　(302) 295-2000 Phone
　　　　　　　　　　　　　　　(302) 295-2013 Fax
　　　　　　　　　　　　　　　E:-mail:  jcarroll@cozen.com

　　　　　　　　　　　　　　　*Counsel to George L. Miller, Chapter 7 Trustee*

17538649.2
10/29/2013