IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| FENWICK AUTOMOTIVE PRODUCTS LIMITED, LH DISTRIBUTION, INC., RAFKO ENTERPRISES, INC., RAFKO HOLDINGS, INC., RAFKO LOGISTICS, INC., INTROCAN, INC., and FLO-PRO, INC., | ) Case No. 13-11500 (BLS) ) ) Jointly Administered ) ) ) ) ) |
| Debtors. | ) ) |

### CERTIFICATION OF COUNSEL REGARDING AGREED CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER

The undersigned certify as follows:

1. We are counsel to Motorcar Parts of America, Inc. ("MPA"), a party-in-interest in these bankruptcy cases.

2. The chapter 7 trustee of the above-captioned debtors has sought discovery from MPA and AlixPartners LLC. To address confidentiality issues, the parties have entered into an Agreed Confidentiality Stipulation and Protective Order governing the production and use of confidential information in these cases. If entered by the Court, the Agreed Confidentiality Stipulation and Protective Order will facilitate the orderly and efficient administration of discovery.

3. A proposed order entering the Agreed Confidentiality Stipulation and Protective Order (the "Proposed Order") is attached hereto as Exhibit A. The Agreed Confidentiality Stipulation and Protective Order is attached to the Proposed Order as Exhibit 1.

RLF1 11240261v.1

WHEREFORE, MPA respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: December 15, 2014
      Wilmington, Delaware

/s/ *signature*

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Cory D. Kandestin (No. 5025)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
collins@rlf.com
stearn@rlf.com
kandestin@rlf.com

-and-

Robert A. Klyman
David A. Battaglia
**GIBSON DUNN**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
rklyman@gibsondunn.com
dbattaglia@gibsondunn.com

*Counsel for Motorcar Parts of America, Inc.*