# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 7 |
| FENWICK AUTOMOTIVE PRODUCTS | : |
| LIMITED, *et al.*[1] | : Case No. 13-11500 (BLS) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : Related Doc. No.   224 |
| | : |

## CERTIFICATION OF NO OBJECTION REGARDING
## TRUSTEE'S MOTION FOR ENTRY OF ORDER APPROVING AVOIDANCE ACTION
## SETTLEMENT PROTOCOL

I, John T. Carroll, III, counsel to George L. Miller, Chapter 7 Trustee in the above matter ("Trustee"), hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the Trustee's Motion for Entry of Order Approving Avoidance Action Settlement Protocol  [Filed 6/25/2015;  Docket No. 224] (the "Motion").

The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to same were to be filed and served no later than July 8, 2015 at 4:00 p.m. (EST).

---

[1]     Introcan, Inc., Case No. 13-11499; Fenwick Automotive Products Limited, Case No. 13-11500; Flo-Pro Inc., Case No, 13-11501; LH Distribution Inc., Case No. 13-11502; Rafko Logistics Inc., Case No 13-11504; Rafko Holdings Inc., Case No. 13-11505; Rafko Enterprises Inc.; Case No. 13-11507 (collectively, the "Debtors").

23842592\1 00601.0823.000/337792.000

It is hereby respectfully requested that the proposed Order as originally filed with the Motion be entered at the earliest convenience of the Court.

Dated:  July 13, 2015
       Wilmington, Delaware

COZEN O'CONNOR

By:

*/s/ John T. Carroll, III*
_____
John T. Carroll, III, Esquire (No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2028
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*