**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| FENWICK AUTOMOTIVE PRODUCTS LIMITED, *et al.* | : | Case No. 13-11500 (BLS) (Jointly Administered) |
| Debtors. | : | |
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF FENWICK AUTOMOTIVE PRODUCTS LIMITED, *et al.* | : | |
| Plaintiff, | : | |
| v. | : | |

| DEFENDANT | ADVERSARY NO. |
|---|---|
| | |
| TS EXPRESS LOGISTICS, INC. | 15-50826 |

**STATUS REPORT IN AN ADVERSARY PROCEEDING**

George L. Miller, Chapter 7 Trustee (the "Trustee") for the Estates of Fenwick Automotive Products Limited, *et al* hereby files a Status Report in connection with the above-captioned adversary action.

Dated: April 28, 2017
Wilmington, DE

COZEN O'CONNOR

By: */s/ John T. Carroll, III*

John T. Carroll, III (DE No. 4060)
Simon E. Fraser (DE No. 5335)
Keith L. Kleinman (DE No. 5693)
1201 North Market Street, Suite 1001
Wilmington, DE
302-295-2000 Phone
302-295-2013 Fax
jcaroll@cozen.com
sfraser@cozen.com
kkleinman@cozen.com

*Counsel to the Chapter 7 Trustee, George L. Miller*

| CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETED, NO ANSWERS HAVE BEEN FILED. THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| TS Express Logistics, Inc. | 15-50826[1] | Plaintiff's Request for Entry of Default and Plaintiff's Request for Entry of Default Judgment will be filed by May 1, 2017 |

[1] The Plaintiff's Request for Entry of Default and Plaintiff's Request for Entry of Default Judgment does not affect Settled Defendant, Celtic Capital Corporation.