IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FENWICK AUTOMOTIVE PRODUCTS LIMITED, *et al.*[1]<br><br>      Debtors. | Chapter 7<br><br>Case No. 13-11500 (BLS)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 17, 2018 AT 9:15 A.M.**

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:**

*Copy of Fee Applications previously submitted in Fee Application Binder.*

1. Ninth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from November 1, 2017 through October 31, 2018
[Filed 11/26/2018; Docket No. 440]

   Related Documents:

     (a) Certification of No Objection
        [Filed 12/13/2018; Docket No. 449]

     (b) Proposed Order

   Objection Deadline: December 10, 2018 at 4:00 p.m.

   Responses Received: None

   Status: Certification of No Objection filed. Movant requests entry of Proposed Order.

---

[1]   Introcan, Inc., Case No. 13-11499; Fenwick Automotive Products Limited, Case No. 13-11500; Flo-Pro Inc., Case No, 13-11501; LH Distribution Inc., Case No. 13-11502; Rafko Logistics Inc., Case No 13-11504; Rafko Holdings Inc., Case No. 13-11505; Rafko Enterprises Inc.; Case No. 13-11507 (collectively, the "Debtors").

2. Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Seventh Interim Compensation and Reimbursement of Expenses for the Period November 21, 2917 through November 26, 2018
[Filed 11/26/2018; Docket No. 442]

    Related Documents:

        (a)    Certification of No Objection
             [Filed 12/13/2018; Docket No. 451]

        (b)    Proposed Order

    Objection Deadline:    December 10, 2018 at 4:00 p.m.

    Responses Received:    None

    Status:    Certification of No Objection filed. Movant requests entry of Proposed Order.

3. Trustee's Motion for an Order Authorizing Abandonment and Destruction of Debtor Records, Computers, Servers, Hard Drives and Other Miscellaneous Computer Equipment
[Filed 11/26/2018; Docket No. 441]

    Related Documents:

        (a)    Certification of No Objection
             [Filed 12/13/2018; Docket No. 450]

        (b)    Proposed Order

    Objection Deadline:    December 11, 2018 at 4:00 p.m.

    Responses Received:    None

    Status:    Certification of No Objection filed. Trustee requests entry of Proposed Order.

**CONTESTED MATTERS GOING FORWARD:**

4. Chapter 7 Trustee's Fourth Omnibus (Non-Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1
   [Filed 11/15/2018; Docket No. 438]

   Related Documents:

   (a) Notice of Submission of Proof of Claim Contained Within Chapter 7 Trustee's Fourth Omnibus (Non-Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1
   [Filed 12/5/2018; Docket No. 445]

   Objection Deadline:   December 10, 2018 at 4:00 p.m.

   Responses Received:

   (b) Response by Vaitheeswaran Ramaswamy to Chapter 7 Trustee's Fourth Omnibus (Non-Substantive) Objection to Certain Claims
   [Filed 12/6/2018; Docket No. 447]

   Status:   This matter is going forward; however, Trustee anticipates submitting a revised Order under Certification of Counsel at or prior to the hearing.

5.  Chapter 7 Trustee's Fifth Omnibus (Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1
    [Filed 11/15/2018; Docket No. 439]

    Related Documents:

    (a) Notice of Submission of Proof of Claim Contained Within Chapter 7 Trustee's Fifth Omnibus (Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1
    [Filed 12/5/2018; Docket No. 446]

    Objection Deadline: December 10, 2018 at 4:00 p.m.

    Responses Received:

    (b) Response of Transplace International to Trustee's Fifth Omnibus (Substantive) Objection to Certain Claims
    [Filed 12/4/2018; Docket No. 443]

    (c) Exhibit B to Response of Transplace International to Trustee's Fifth Omnibus (Substantive) Objection to Certain Claims
    [Filed 12/4/2018; Docket No. 444]

    (d) Response of KBF Print Technology to Trustee's Fifth Omnibus (Substantive) Objection to Certain Claims
    [Filed 12/10/2018; Docket No. 448]

    (e) Informal Response received from Claimant Pratt Industries

    Status: This matter is going forward; however, Trustee anticipates submitting a revised Order under Certification of Counsel at or prior to the hearing.

Date: December 13, 2018
Wilmington, DE

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
Simon E. Fraser (DE No. 5335)
1201 North Market Street
Suite 1001
Wilmington, DE  19801
302-295-2000
302-295-2013 Fax
jcarroll@cozen.com
sfraser@cozen.com

*Counsel to the Chapter 7 Trustee,*
*George L. Miller*