# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FENWICK AUTOMOTIVE PRODUCTS LIMITED, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-11500 (BLS)<br>(Jointly Administered)<br><br>Related Doc. No. 441, 450 |

## ORDER APPROVING TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING ABANDONMENT AND DESTRUCTION OF DEBTOR RECORDS, COMPUTERS, SERVERS, HARD DRIVES AND OTHER MISCELLANEOUS COMPUTER EQUIPMENT

AND NOW this 13th day of December, 2018, upon consideration of the motion of George L. Miller, in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estates (the "Estates") of Fenwick Automotive Products Limited and the related above-captioned jointly administered Debtors, for an order authorizing abandonment and destruction of Debtor records, computers, servers, hard drives and other miscellaneous computer equipment (the "Motion"),[2] and the Bankruptcy Court having determined that the service of the Motion upon the Limited Notice Parties as described in the Motion is adequate and proper notice under the circumstances, and after due deliberation and sufficient cause appearing for the relief requested, it is hereby

**ORDERED** that the Motion is GRANTED; and it is

**FURTHER ORDERED** that the Trustee is authorized, but not required, to proceed with the abandonment, destruction and disposal of the Recovered Records and Recovered IT

---

[1] Introcan, Inc., Case No. 13-11499; Fenwick Automotive Products Limited, Case No. 13-11500; Flo-Pro Inc., Case No, 13-11501; LH Distribution Inc., Case No. 13-11502; Rafko Logistics Inc., Case No 13-11504; Rafko Holdings Inc., Case No. 13-11505; Rafko Enterprises Inc.; Case No. 13-11507 (collectively, the "Debtors").

[2] Capitalized terms not defined in this Order shall have the meanings ascribed to such terms in the Motion.

LEGAL\39179288\1 00601.0823.000/337792.000
11/26/2018

Equipment and to carry out the destruction and shredding of the Recovered Records and Recovered IT Equipment in the manner the Trustee deems appropriate in his business judgment; and it is

**FURTHER ORDERED** that the Trustee shall destroy any Recovered Records and Recovered IT Equipment containing personally identifiable information which the Trustee determines are burdensome to the Estates or are of inconsequential value and benefit to the Estates; and it is

**FURTHER ORDERED** that nothing in this Order authorizes the sale, lease, transfer, or abandonment other than via destruction of the Recovered Records and Recovered IT Equipment containing personally identifiable information; and it is

**FURTHER ORDERED** that the Trustee is authorized to expend the Estates' funds as reasonably necessary to carry out the abandonment, destruction, shredding and discarding of the Recovered Records and Recovered IT Equipment; and it is

**FURTHER ORDERED** that this Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

BY THE COURT:

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Court Judge