# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FENWICK AUTOMOTIVE PRODUCTS LIMITED et al<br>                        Debtor. | Chapter 7<br>Case No. 13-11500 (BLS)<br>(Jointly Administered) |
| In re:<br><br>INTROCAN INC.<br>                        Debtor. | Chapter 7<br>Case No. 13-11499 (BLS)<br>**Related Doc. No. 88** |
| In re:<br><br>FLO-PRO INC.<br>                        Debtor. | Chapter 7<br>Case No. 13-11501 (BLS)<br>**Related Doc. No. 80** |
| In re:<br><br>RAFKO HOLDINGS INC.<br>                        Debtor. | Chapter 7<br>Case No. 13-11505 (BLS)<br>**Related Doc. No. 83** |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 18, 2019 AT 9:00 A.M.

Please consult affiliated debtor case numbers below for the Notice of Agenda of Matters Scheduled for hearing on June 18, 2019 at 9:00 a.m.

| | **Debtor** | **Case No.** | **Notice of Agenda Doc. No.** |
|---|---|---|---|
| 1. | Introcan Inc. | 13-11499 | [Doc. No. 88; Filed 6/13/2019] |
| 2. | Flo-Pro Inc. | 13-11501 | [Doc. No. 80; Filed 6/13/2019] |
| 3. | Rafko Holdings Inc. | 13-11505 | [Doc. No. 83; Filed 6/13/2019] |

Dated: June 13, 2019
Wilmington, DE

                                        COZEN O'CONNOR

                                        */s/ John T. Carroll, III*
                                        John T. Carroll, III (No. 4060)
                                        1201 N. Market Street
                                        Suite 1001
                                        Wilmington, DE 19801
                                        Telephone: (302) 295-2028
                                        Facsimile: (302) 295-2013
                                        jcarroll@cozen.com
                                        *Counsel to the Trustee,*
                                        *George L. Miller*