**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: FENWICK AUTOMOTIVE PRODUCTS LIMITED | § § § § | Case No. 13-11500- BLS |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>George L. Miller</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Courthouse
824 North Market St.
3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 06/03/2020 in Courtroom 1, 6th Floor, United States Courthouse, 824 North Market St., Wilmington, DE 19801. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>04/24/2020</u>     By: /s/ George L. Miller
                                                                Trustee

George L. Miller
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103
(215) 561-0950

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:FENWICK AUTOMOTIVE PRODUCTS LIMITED | § § § § | Case No. 13-11500- BLS |
| Debtor(s) | | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| *The Final Report shows receipts of :* | $ | 33,019,091.74 |
| *and approved disbursements of:* | $ | 31,328,664.68 |
| *leaving a balance on hand of[1] :* | $ | 1,690,427.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 30RHI-A | LPR SRL | 32,801.32 | 0.00 | 0.00 | 0.00 |
| 61LHD-A | Etiquetas y Envases del Norte, S.A. DE C.V. | 14,207.88 | 0.00 | 0.00 | 0.00 |
| 151S | Royal 4 Systems | 22,985.00 | 0.00 | 0.00 | 0.00 |
| 185A | De Lage Landen Financial Services | 35,864.04 | 0.00 | 0.00 | 0.00 |
| 200A | De Lage Landen Financial | 48,209.14 | 0.00 | 0.00 | 0.00 |
| 205S | Genuine Parts Company | 385,651.80 | 0.00 | 0.00 | 0.00 |
| 209 | M And T Bank (M&T Bank) | 0.00 | 0.00 | 0.00 | 0.00 |
| 210 | M&T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 213 | M&T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 215 | M&T BANK | 44,146.69 | 44,146.69 | 44,146.69 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 218 | M&T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 224A | M&T BANK | 59,064,404.16 | 25,842,813.26 | 25,842,813.26 | 0.00 |
| 229 | First Insurance Funding Corp | 77,879.06 | 77,879.06 | 77,879.06 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,690,427.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - George L. Miller | 833,611.24 | 543,637.26 | 289,973.98 |
| Trustee, Expenses - George L. Miller | 10,799.59 | 0.00 | 10,799.59 |
| Accountant for Trustee, Fees - Miller Coffey Tate LLP | 1,131,175.00 | 1,122,018.00 | 9,157.00 |
| Accountant for Trustee, Expenses - Miller Coffey Tate LLP | 8,193.70 | 8,136.45 | 57.25 |
| Charges, U.S. Bankruptcy Court | 19,250.00 | 19,250.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Rafko Holdings Inc. | 27,303.74 | 27,303.74 | 0.00 |
| Other Chapter 7 Administrative Expenses - Flo-Pro, Inc. | 7,054.54 | 7,054.54 | 0.00 |
| Other Chapter 7 Administrative Expenses - Introcan, Inc. | 12,933.90 | 12,933.90 | 0.00 |
| Other Chapter 7 Administrative Expenses - LH Distribution, Inc. | 12,918.51 | 12,918.51 | 0.00 |
| Other Chapter 7 Administrative Expenses - Rafko Enterprises, Inc. | 14,923.88 | 14,923.88 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Morris Nichols Arsht & Tunnell LLP | 131,974.25 | 131,974.25 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Ciardi Ciardi & Astin PC | 91,000.00 | 91,000.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Cozen O'Connor | 1,604,907.10 | 1,568,097.50 | 36,809.60 |
| Attorney for Trustee Fees (Other Firm) - LUIS ENRIQUE GUERRA RODRIGUEZ | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Morris Nichols Arsht & Tunnell LLP | 6,150.43 | 6,150.43 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Ciardi Ciardi & Astin PC | 1,047.31 | 1,047.31 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Attorney for Trustee Expenses (Other Firm) - Cozen O'Connor | 54,362.98 | 51,484.55 | 2,878.43 |
| Attorney for Trustee Expenses (Other Firm) - LUIS ENRIQUE GUERRA RODRIGUEZ | 0.00 | 0.00 | 0.00 |
| On-line Auctioneer/Liquidator for Trustee Fees - TIGER VALUATION SERVICES LLC | 546,293.83 | 546,293.83 | 0.00 |
| On-line Auctioneer/Liquidator for Trustee Expenses - TIGER VALUATION SERVICES LLC | 486,442.22 | 486,442.22 | 0.00 |
| Other Professional Fees - TIGER VALUATION SERVICES LLC | 32,416.85 | 32,416.85 | 0.00 |
| Other Professional Fees - Civil Action Group Ltd. | 1,781.10 | 1,781.10 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 349,675.85
Remaining balance: $ 1,340,751.21

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,340,751.21

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $61,552.99 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Chezarae A.Yothers | 0.00 | 0.00 | 0.00 |
| 2II | A.B. Plumbing Contractor, Inc. | 0.00 | 0.00 | 0.00 |
| 3 | Tina J. Rousseau | 0.00 | 0.00 | 0.00 |
| 4 | Kenneth A. George | 0.00 | 0.00 | 0.00 |
| 5 | Travies L. George | 0.00 | 0.00 | 0.00 |
| 6 | Travies L. George | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 7 | Joshua J. Kneale | 0.00 | 0.00 | 0.00 |
| 8 | Karen S. Wright | 0.00 | 0.00 | 0.00 |
| 9 | Samantha J. Weaver | 0.00 | 0.00 | 0.00 |
| 10 | Daniel N Frey | 0.00 | 0.00 | 0.00 |
| 11 | Tina M. Snook | 0.00 | 0.00 | 0.00 |
| 12 | Charlotte A. Gunsallus | 0.00 | 0.00 | 0.00 |
| 13 | Toni L. Amacher | 0.00 | 0.00 | 0.00 |
| 14 | Danny Smith | 0.00 | 0.00 | 0.00 |
| 15 | John Fye | 0.00 | 0.00 | 0.00 |
| 16 | DANIEL J. BARTHOLOMEW | 0.00 | 0.00 | 0.00 |
| 17 | Jason Rote | 0.00 | 0.00 | 0.00 |
| 18 | Brian M. Newman | 0.00 | 0.00 | 0.00 |
| 19 | James C. Watkins | 0.00 | 0.00 | 0.00 |
| 20 | Agnes R Neff | 380.00 | 0.00 | 380.00 |
| 21 | Maria De Lourdes Failla | 0.00 | 0.00 | 0.00 |
| 23 | Phillip A. Yothers Jr | 0.00 | 0.00 | 0.00 |
| 24P | Claudia Botsford | 0.00 | 0.00 | 0.00 |
| 25 | Debra K. Fultz | 0.00 | 0.00 | 0.00 |
| 26 | Thomas R. Brininger | 0.00 | 0.00 | 0.00 |
| 27 | Shirley M. Sampsel | 0.00 | 0.00 | 0.00 |
| 29 | Maria K. Kepler | 0.00 | 0.00 | 0.00 |
| 30 | Halley K. Irvin | 0.00 | 0.00 | 0.00 |
| 31 | Gary E. Kepler | 0.00 | 0.00 | 0.00 |
| 32 | Eric S. Eisenhower | 0.00 | 0.00 | 0.00 |
| 33 | Eric S. Eisenhower | 0.00 | 0.00 | 0.00 |
| 34 | Anthony J. Buck | 0.00 | 0.00 | 0.00 |
| 35 | David G. Houdeshell | 0.00 | 0.00 | 0.00 |
| 36 | Michael A. Tyger | 0.00 | 0.00 | 0.00 |
| 37 | John H. Heaton III | 0.00 | 0.00 | 0.00 |
| 38 | Sharon L. Masters | 0.00 | 0.00 | 0.00 |
| 39 | Susan Ann Confer | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 42 | Contrast Communications, LLC | 0.00 | 0.00 | 0.00 |
| 44 | Betsy Falls | 0.00 | 0.00 | 0.00 |
| 46 | Glenn P. Eckley Jr | 0.00 | 0.00 | 0.00 |
| 48A | Partcraft, Inc | 0.00 | 0.00 | 0.00 |
| 50A | Big Joe Lift Trucks, Inc. | 0.00 | 0.00 | 0.00 |
| 51 | Jeffery S. Snyder | 0.00 | 0.00 | 0.00 |
| 54 | Eugene E. Falls, Jr. | 0.00 | 0.00 | 0.00 |
| 55 | James A. Geyer | 0.00 | 0.00 | 0.00 |
| 56 | Raymond W. Watkins | 0.00 | 0.00 | 0.00 |
| 58 | Blanche E Ulrich | 0.00 | 0.00 | 0.00 |
| 59 | Carina Espinoza | 0.00 | 0.00 | 0.00 |
| 60 | Jeffery Sheaffer | 0.00 | 0.00 | 0.00 |
| 62 | Mynerva A Diaz | 0.00 | 0.00 | 0.00 |
| 63 | Eric Rathburn | 0.00 | 0.00 | 0.00 |
| 64 | Eric Rathburn Jr. | 0.00 | 0.00 | 0.00 |
| 65 | Ronald Lewis Kline | 0.00 | 0.00 | 0.00 |
| 66 | Robert P. Szostek | 0.00 | 0.00 | 0.00 |
| 67 | Peter J. Eyer | 0.00 | 0.00 | 0.00 |
| 68 | Walter W Richardson | 0.00 | 0.00 | 0.00 |
| 70 | Theresa L Dreistadt | 0.00 | 0.00 | 0.00 |
| 73 | Shyril Caris | 0.00 | 0.00 | 0.00 |
| 74 | Rick E. Keister | 0.00 | 0.00 | 0.00 |
| 75 | Kevin R Yearick | 0.00 | 0.00 | 0.00 |
| 77 | Piotr Klaczkowski | 7,528.89 | 0.00 | 7,528.89 |
| 82 | Sherry L. Andrus | 0.00 | 0.00 | 0.00 |
| 84 | Jeremy King | 0.00 | 0.00 | 0.00 |
| 86 | Morgan Stantz | 0.00 | 0.00 | 0.00 |
| 91A | Florence Pryce | 12,475.00 | 0.00 | 12,475.00 |
| 92 | David L. Williams | 0.00 | 0.00 | 0.00 |
| 93 | Cheryl Bellefontaine | 10,636.50 | 0.00 | 10,636.50 |
| 94A | Duilia Pomazanskyj | 12,475.00 | 0.00 | 12,475.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 95 | Mary A. Hopfer | 0.00 | 0.00 | 0.00 |
| 96 | Kelly L. Glozzer | 0.00 | 0.00 | 0.00 |
| 97P | Robin L Cramer | 0.00 | 0.00 | 0.00 |
| 98 | Richard E. Lamey | 0.00 | 0.00 | 0.00 |
| 99A | Gemma Breczku | 12,475.00 | 0.00 | 12,475.00 |
| 100 | Ronald S Stahl | 0.00 | 0.00 | 0.00 |
| 103 | Robin L. Cramer | 0.00 | 0.00 | 0.00 |
| 106 | Gilbert F. Mundorff | 0.00 | 0.00 | 0.00 |
| 107 | Nicole A Stahl | 0.00 | 0.00 | 0.00 |
| 111 | Raymond W. Watkins | 0.00 | 0.00 | 0.00 |
| 114 | Damien L. Sees | 0.00 | 0.00 | 0.00 |
| 119 | Tracie L. Andrews | 0.00 | 0.00 | 0.00 |
| 122A | Robert C Cronish | 0.00 | 0.00 | 0.00 |
| 124 | Brownie's Signs | 0.00 | 0.00 | 0.00 |
| 125 | Gregory A.McDermit | 0.00 | 0.00 | 0.00 |
| 128 | Robin E Wirth | 0.00 | 0.00 | 0.00 |
| 132 | CLAIR A TROUTMAN | 0.00 | 0.00 | 0.00 |
| 134 | David A Camp | 0.00 | 0.00 | 0.00 |
| 142A | B and B Restoration | 0.00 | 0.00 | 0.00 |
| 147P | Manpower Inc. of Altoona | 0.00 | 0.00 | 0.00 |
| 152 | Lu Zhichun | 2,769.00 | 0.00 | 2,769.00 |
| 153 | James A Kramer | 0.00 | 0.00 | 0.00 |
| 159P | Henglong USA Corporation | 0.00 | 0.00 | 0.00 |
| 161 | Raymond Watkins | 0.00 | 0.00 | 0.00 |
| 162 | Megan Liegey | 0.00 | 0.00 | 0.00 |
| 167 | Brownie's Signs | 0.00 | 0.00 | 0.00 |
| 169A | Ken Shaw Lexus Toyota | 0.00 | 0.00 | 0.00 |
| 171 | Mark W. Reese | 0.00 | 0.00 | 0.00 |
| 174 | Mary A. Hopfer | 0.00 | 0.00 | 0.00 |
| 187P | Shi Wei | 0.00 | 0.00 | 0.00 |
| 194P | Bill Murray & Associates, Inc. | 0.00 | 0.00 | 0.00 |
| 198 | Linda Lee Phillips | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 240P | Qing Liu | 516.62 | 0.00 | 516.62 |
| 248P | Canada Customs & Revenue Agency | 2,245.11 | 0.00 | 2,245.11 |
| FICA ER | Internal Revenue Service - EFTPS - 941 | 23.56 | 0.00 | 23.56 |
| FUTA | Internal Revenue Service - EFTPS - 940 | 22.80 | 0.00 | 22.80 |
| MEDI ER | Internal Revenue Service - EFTPS - 941 | 5.51 | 0.00 | 5.51 |

Total to be paid for priority claims:   $   61,552.99
Remaining balance:   $   1,279,198.22

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $71,891,853.28 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | MePush Technology Solutions | 20,138.10 | 0.00 | 358.41 |
| 4II | Fastenal Company | 1,113.70 | 0.00 | 19.82 |
| 14II | A.B. Plumbing Contractor, Inc. | 1,763.31 | 0.00 | 31.38 |
| 22 | Premier Alliance Group, Inc | 0.00 | 0.00 | 0.00 |
| 24U | Claudia Botsford | 0.00 | 0.00 | 0.00 |
| 26LHD | Yorkdale Volkswagen | 558.61 | 0.00 | 9.94 |
| 27RHI | Steering Superstores | 1,422,045.23 | 0.00 | 25,308.25 |
| 28 | Advics North America, Inc. | 8,935.40 | 0.00 | 159.03 |
| 28RHI | MM Knopf Auto Parts | 1,053,662.02 | 0.00 | 18,752.11 |
| 30RHI-B | LPR SRL | 32,801.32 | 0.00 | 583.77 |
| 39REI | Kotec America Inc. | 11,295.40 | 0.00 | 201.03 |
| 40 | Par International | 7,500.00 | 0.00 | 133.49 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 41 | Vaitheeswaran Ramaswamy | 7,376.00 | 0.00 | 131.27 |
| 43 | Jerrod Hunter-Smith | 0.00 | 0.00 | 0.00 |
| 45 | American Pacific Core, Inc | 9,817.50 | 0.00 | 174.72 |
| 47 | Premier Auto Parts LLC | 2,080.65 | 0.00 | 37.03 |
| 48B | Partcraft, Inc | 4,335.35 | 0.00 | 77.16 |
| 49 | Quantum Automation | 2,683.04 | 0.00 | 47.75 |
| 50B | Big Joe Lift Trucks, Inc. | 23,669.60 | 0.00 | 421.25 |
| 52 | LKQ Best Automotive | 154,905.60 | 0.00 | 2,756.87 |
| 53 | Modern Electrical Contracting, Inc. | 1,029.00 | 0.00 | 18.31 |
| 57 | Macomb Printing Inc. dba Macomb Mar | 10,909.22 | 0.00 | 194.15 |
| 61 | GCommerce Inc | 1,200.00 | 0.00 | 21.36 |
| 61LHD-B | Etiquetas y Envases del Norte, S.A. DE C.V. | 14,207.88 | 0.00 | 252.86 |
| 69 | Recycler Core Corporation, Inc. | 281,060.86 | 0.00 | 5,002.06 |
| 71 | BEARINGS 2000 SALES CO | 95,508.62 | 0.00 | 1,699.77 |
| 72 | Southern California Material Handli | 7,618.15 | 0.00 | 135.58 |
| 76 | Dale Adams Enterprises | 18,300.41 | 0.00 | 325.69 |
| 78 | WJB Automotive Inc | 47,508.61 | 0.00 | 845.51 |
| 79 | Northern California Labels Inc | 26,245.43 | 0.00 | 467.09 |
| 80 | W W Grainger, Inc. | 2,351.49 | 0.00 | 41.85 |
| 81 | Estes Express Lines | 548.01 | 0.00 | 9.75 |
| 83 | Total Auto Core Inc | 89,030.00 | 0.00 | 1,584.47 |
| 85 | Westlake Manufacturing Inc. | 994,173.17 | 0.00 | 17,693.38 |
| 87 | BDO Canada LLP | 192,783.15 | 0.00 | 3,430.98 |
| 87REI | Toro Pallets Inc. | 5,700.00 | 0.00 | 101.44 |
| 88 | Motor Information Systems | 8,972.00 | 0.00 | 159.68 |
| 89 | ULINE | 298.32 | 0.00 | 5.31 |
| 90 | Dixie Electric Ltd. | 84,154.00 | 0.00 | 1,497.70 |
| 91B | Florence Pryce | 943.61 | 0.00 | 16.79 |
| 94B | Duilia Pomazanskyj | 43,013.49 | 0.00 | 765.51 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 97U | Robin L Cramer | 0.00 | 0.00 | 0.00 |
| 99B | Gemma Breczku | 5,525.00 | 0.00 | 98.33 |
| 101 | NO CLAIM FILED | 0.00 | 0.00 | 0.00 |
| 102 | NO CLAIM FILED | 0.00 | 0.00 | 0.00 |
| 104 | S&L International, Inc. | 17,564.00 | 0.00 | 312.59 |
| 105 | Brake Parts International | 574,166.22 | 0.00 | 10,218.48 |
| 108 | JilinDongguangAoweiAutomobileBrakeSystem | 209,838.28 | 0.00 | 3,734.51 |
| 109 | Victory Packaging, L.P. | 79,133.83 | 0.00 | 1,408.35 |
| 110 | SoftChoice Corporation | 3,634.76 | 0.00 | 64.69 |
| 112 | Interparts Industries, Inc. | 100,832.84 | 0.00 | 1,794.53 |
| 113 | Wanxiang America Corporation | 419,482.66 | 0.00 | 7,465.57 |
| 115 | FTE Automotive USA, Inc. | 1,494,930.48 | 0.00 | 26,605.40 |
| 116 | CTL North America Ltd. | 223,098.53 | 0.00 | 3,970.50 |
| 117 | US Customs and Border Protection | 0.00 | 0.00 | 0.00 |
| 118 | TS Express Logistics, Inc | 284,389.57 | 0.00 | 5,061.30 |
| 120 | Zhejiang Zhaofeng Mechanical & Elec | 9,809,741.47 | 0.00 | 174,584.77 |
| 121 | Flux Branding | 121,117.10 | 0.00 | 2,155.53 |
| 122B | Robert C Cronish | 21,289.12 | 0.00 | 378.88 |
| 123 | Versa Fittings & Mfg. Inc. | 5,002.50 | 0.00 | 89.03 |
| 126 | Haining Automann Parts Co.,Ltd | 0.00 | 0.00 | 0.00 |
| 127 | KML Bearing USA, Inc. | 76,653.55 | 0.00 | 1,364.21 |
| 129 | Private Disposal Systems | 2,208.27 | 0.00 | 39.30 |
| 130 | Wire Cloth Filter Mfg.Co. | 771.84 | 0.00 | 13.74 |
| 131 | Mifflin County Industrial Developme | 7,292.00 | 0.00 | 129.78 |
| 133 | Dan's Auto Services | 0.00 | 0.00 | 0.00 |
| 135 | SS Components Ltd | 58,281.66 | 0.00 | 1,037.24 |
| 136 | Ametek Programmable | 1,619.93 | 0.00 | 28.83 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 137 | Valeo Pyeong Hwa International Co., | 2,000,379.33 | 0.00 | 35,600.91 |
| 138 | Multi-Brake Supply, LLC | 0.00 | 0.00 | 0.00 |
| 139 | Dakar Inc. | 569.52 | 0.00 | 10.14 |
| 140 | Leech Tishman Fuscaldo & Lampl, LLC | 4,276.60 | 0.00 | 76.11 |
| 141 | Equipment Depot, Ltd. | 0.00 | 0.00 | 0.00 |
| 142B | B and B Restoration | 1,000.00 | 0.00 | 17.80 |
| 143 | Powermotive Industries | 21,135.70 | 0.00 | 376.15 |
| 144 | International Certification Service | 13,848.10 | 0.00 | 246.46 |
| 145 | Hub Group Inc | 163,132.48 | 0.00 | 2,903.28 |
| 146 | Versa Fittings & Mfg. Inc. | 0.00 | 0.00 | 0.00 |
| 147U | Manpower Inc. of Altoona | 0.00 | 0.00 | 0.00 |
| 148 | Five 9 Inc. | 1,865.00 | 0.00 | 33.19 |
| 149 | Werner Enterprises Inc | 398,392.38 | 0.00 | 7,090.22 |
| 150 | Premier Alliance Group, Inc | 22,152.01 | 0.00 | 394.24 |
| 151U | Royal 4 Systems | 990.00 | 0.00 | 17.62 |
| 154 | Macro Professional Cleaning Service | 10,812.90 | 0.00 | 192.44 |
| 155 | Strategic Information Group | 175,578.82 | 0.00 | 3,124.79 |
| 156 | Global Parts Source, Inc | 213,520.37 | 0.00 | 3,800.04 |
| 157 | Matejcic Carr, Inc. dba MCI Cores | 0.00 | 0.00 | 0.00 |
| 158 | Matejcic Carr, Inc. | 477,928.65 | 0.00 | 8,505.74 |
| 159U | Henglong USA Corporation | 91,960.00 | 0.00 | 1,636.62 |
| 160 | Sandler Travis & Rosenberg PA | 2,652.50 | 0.00 | 47.21 |
| 163 | Able Ribbon Technology, Inc. | 774.88 | 0.00 | 13.79 |
| 164 | CNP Automotive Parts Inc | 117,237.07 | 0.00 | 2,086.48 |
| 165 | Elite Enterprise | 269,519.00 | 0.00 | 4,796.65 |
| 166 | Transplace International | 431,515.81 | 0.00 | 7,679.72 |
| 168 | Dan's Auto Services | 0.00 | 0.00 | 0.00 |
| 169B | Ken Shaw Lexus Toyota | 8,710.78 | 0.00 | 155.03 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 170 | Staples | 2,375.08 | 0.00 | 42.27 |
| 172 | KBF Print Technology | 69,618.45 | 0.00 | 1,239.01 |
| 173 | Atlantic Automotive Enterprises, LL | 14,440.00 | 0.00 | 256.99 |
| 175 | Claim Filed In Error | 0.00 | 0.00 | 0.00 |
| 176 | Resources Global Professionals | 311,685.64 | 0.00 | 5,547.09 |
| 177 | Robic Group International | 6,777.64 | 0.00 | 120.62 |
| 178 | Dixie Electric | 0.00 | 0.00 | 0.00 |
| 179 | Pratt Industries, Inc. | 43,351.95 | 0.00 | 771.54 |
| 180 | Equipos Electricos Garcia SA DE CV | 0.00 | 0.00 | 0.00 |
| 181 | Fisher Auto Parts Inc. | 0.00 | 0.00 | 0.00 |
| 182 | Exova Canada Inc. | 565.00 | 0.00 | 10.06 |
| 183 | LAP Co, Inc. | 565,067.00 | 0.00 | 10,056.54 |
| 184 | Zhejiang Jishang Automobile Compone | 8,250.75 | 0.00 | 146.84 |
| 185B | De Lage Landen Financial Services | 35,864.04 | 0.00 | 638.28 |
| 186 | Biochem Environmental Solutions Inc | 1,945.68 | 0.00 | 34.63 |
| 187U | Shi Wei | 0.00 | 0.00 | 0.00 |
| 188 | Bosda International Inc | 0.00 | 0.00 | 0.00 |
| 189 | Bosda International Inc | 1,093,124.97 | 0.00 | 19,454.43 |
| 190 | Xinchang Kaiyuan Automobile | 1,174,555.08 | 0.00 | 20,903.65 |
| 191 | BPS Cores, Inc. | 121,609.89 | 0.00 | 2,164.30 |
| 192 | Zhejiang Jinhui Machine Co Ltd | 11,565.00 | 0.00 | 205.82 |
| 193 | Service Container Company, LLC | 31,184.84 | 0.00 | 555.00 |
| 194U | Bill Murray & Associates, Inc. | 1,100,000.00 | 0.00 | 19,576.79 |
| 195 | Induclose Caps and Plugs Ltd | 25,559.48 | 0.00 | 454.88 |
| 196 | Weaver Electrical Service Inc | 7,829.25 | 0.00 | 139.34 |
| 197 | Lammbros Inc. dba Elder Rubber Comp | 80,731.81 | 0.00 | 1,436.79 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 199 | Alixpartners Canada Inc. | 631,737.35 | 0.00 | 11,243.08 |
| 200B | De Lage Landen Financial | 48,209.14 | 0.00 | 857.98 |
| 201 | Swiss Instruments Limited | 3,779.85 | 0.00 | 67.27 |
| 202 | Freudenberg-Nok General Partnership | 1,964,226.49 | 0.00 | 34,957.50 |
| 203 | Oetiker Inc | 1,188.00 | 0.00 | 21.14 |
| 204 | Cromac Inc | 49,574.82 | 0.00 | 882.29 |
| 205U | Genuine Parts Company | 0.00 | 0.00 | 0.00 |
| 206 | M&T BANK | 0.00 | 0.00 | 0.00 |
| 207 | M And T Bank (M&T Bank) | 0.00 | 0.00 | 0.00 |
| 208 | M And T Bank (M&T Bank) | 0.00 | 0.00 | 0.00 |
| 211 | M&T BANK | 0.00 | 0.00 | 0.00 |
| 212 | YRC FRT | 105,992.54 | 0.00 | 1,886.36 |
| 214 | M&T BANK | 712,000.00 | 0.00 | 12,671.52 |
| 216 | Autozone Parts, Inc. | 0.00 | 0.00 | 0.00 |
| 217 | M&T BANK | 238,128.48 | 0.00 | 4,237.99 |
| 219 | United Parcel Service (Freight) | 19,962.47 | 0.00 | 355.27 |
| 220 | Rebuilders Automotive Supply | 2,369,476.00 | 0.00 | 42,169.76 |
| 221 | Yusin Brake Corporation | 2,329,584.06 | 0.00 | 41,459.80 |
| 222 | Yun Sheng Industry Co., Ltd. | 1,274,942.58 | 0.00 | 22,690.26 |
| 223 | M&T BANK | 0.00 | 0.00 | 0.00 |
| 224B | M&T BANK | 33,221,590.90 | 0.00 | 591,247.36 |
| 225 | M&T BANK | 0.00 | 0.00 | 0.00 |
| 226 | M&T BANK | 0.00 | 0.00 | 0.00 |
| 227 | Korea Trade Insurance Corporation ( | 965,262.28 | 0.00 | 17,178.85 |
| 228 | Korea Trade Insurance Corporation ( | 504,634.01 | 0.00 | 8,981.01 |
| 246 | Zones, Inc | 15,000.00 | 0.00 | 0.00 |
| 249 | Equipment Depot, Ltd. | 5,701.00 | 0.00 | 101.46 |
| 250 | Victory Packaging L.P. | 65,000.00 | 0.00 | 1,156.81 |
| 251 | Pratt Industries De Monterrey S De | 25,000.00 | 0.00 | 444.93 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 1,279,198.22 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $11,715,147.67 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 230 | Export Development Canada (Assignee | 23,468.65 | 0.00 | 0.00 |
| 231 | Penoco, Inc. | 0.00 | 0.00 | 0.00 |
| 232 | Moran Industries, Inc. | 15,736.46 | 0.00 | 0.00 |
| 233 | Wickens Industrial Limited | 3,757.00 | 0.00 | 0.00 |
| 234 | Seojin Automotive Co., Ltd. | 290,146.16 | 0.00 | 0.00 |
| 235 | Modern Sales Co-Op | 29,339.13 | 0.00 | 0.00 |
| 236 | ABS Brake Systems Ltd | 73,521.25 | 0.00 | 0.00 |
| 237 | Servicios Ambientales Mexicanos SA | 11,600.00 | 0.00 | 0.00 |
| 238 | Seal & Design Inc. | 4,467.19 | 0.00 | 0.00 |
| 239 | Fedex Trade Networks | 895.37 | 0.00 | 0.00 |
| 240U | Qing Liu | 9,600.03 | 0.00 | 0.00 |
| 241 | PPL Electric Utilities | 30,023.30 | 0.00 | 0.00 |
| 242 | J&J Pallet Company, Inc. | 10,104.46 | 0.00 | 0.00 |
| 243 | Avante Naves Industriales, S.A. De | 5,859,699.64 | 0.00 | 0.00 |
| 244 | Avante Inmuebles Industriales, S.A. | 5,211,909.27 | 0.00 | 0.00 |
| 245 | Zones, Inc | 11,869.97 | 0.00 | 0.00 |
| 247 | Canada Customs & Revenue Agency | 126,701.65 | 0.00 | 0.00 |
| 248U | Canada Customs & Revenue Agency | 2,308.14 | 0.00 | 0.00 |

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ George L. Miller
Trustee

George L. Miller
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103
(215) 561-0950

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**