# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-11500- BLS
Case Name: FENWICK AUTOMOTIVE PRODUCTS LIMITED
Trustee Name: George L. Miller

**Balance on hand:** $ 1,690,427.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 151S | Royal 4 Systems | 22,985.00 | 0.00 | 0.00 | 0.00 |
| 205S | Genuine Parts Company | 385,651.80 | 0.00 | 0.00 | 0.00 |
| 61LHD-A | Etiquetas y Envases del Norte, S.A. DE C.V. | 14,207.88 | 0.00 | 0.00 | 0.00 |
| 30RHI-A | LPR SRL | 32,801.32 | 0.00 | 0.00 | 0.00 |
| 185A | De Lage Landen Financial Services | 35,864.04 | 0.00 | 0.00 | 0.00 |
| 200A | De Lage Landen Financial | 48,209.14 | 0.00 | 0.00 | 0.00 |
| 209 | M And T Bank (M&T Bank) | 0.00 | 0.00 | 0.00 | 0.00 |
| 210 | M&T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 213 | M&T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 215 | M&T BANK | 44,146.69 | 44,146.69 | 44,146.69 | 0.00 |
| 218 | M&T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 224A | M&T BANK | 59,064,404.16 | 25,842,813.26 | 25,842,813.26 | 0.00 |
| 229 | First Insurance Funding Corp | 77,879.06 | 77,879.06 | 77,879.06 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,690,427.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - George L. Miller | 833,611.24 | 543,637.26 | 289,973.98 |
| Trustee, Expenses - George L. Miller | 10,799.59 | 0.00 | 10,799.59 |
| Accountant for Trustee, Fees - Miller Coffey Tate LLP | 1,131,175.00 | 1,122,018.00 | 9,157.00 |
| Accountant for Trustee, Expenses - Miller Coffey Tate LLP | 8,193.70 | 8,136.45 | 57.25 |
| Charges, U.S. Bankruptcy Court | 19,250.00 | 19,250.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Rafko Holdings Inc. | 27,303.74 | 27,303.74 | 0.00 |
| Other Chapter 7 Administrative Expenses - Flo-Pro, Inc. | 7,054.54 | 7,054.54 | 0.00 |
| Other Chapter 7 Administrative Expenses - Introcan, Inc. | 12,933.90 | 12,933.90 | 0.00 |
| Other Chapter 7 Administrative Expenses - LH Distribution, Inc. | 12,918.51 | 12,918.51 | 0.00 |
| Other Chapter 7 Administrative Expenses - Rafko Enterprises, Inc. | 14,923.88 | 14,923.88 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Morris Nichols Arsht & Tunnell LLP | 131,974.25 | 131,974.25 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Ciardi Ciardi & Astin PC | 91,000.00 | 91,000.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Cozen O'Connor | 1,604,907.10 | 1,568,097.50 | 36,809.60 |
| Attorney for Trustee Fees (Other Firm) - LUIS ENRIQUE GUERRA RODRIGUEZ | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Morris Nichols Arsht & Tunnell LLP | 6,150.43 | 6,150.43 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Ciardi Ciardi & Astin PC | 1,047.31 | 1,047.31 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Cozen O'Connor | 54,362.98 | 51,484.55 | 2,878.43 |
| Attorney for Trustee Expenses (Other Firm) - LUIS ENRIQUE GUERRA RODRIGUEZ | 0.00 | 0.00 | 0.00 |
| On-line Auctioneer/Liquidator for Trustee Fees - TIGER VALUATION SERVICES LLC | 546,293.83 | 546,293.83 | 0.00 |
| On-line Auctioneer/Liquidator for Trustee Expenses - TIGER VALUATION SERVICES LLC | 486,442.22 | 486,442.22 | 0.00 |
| Other Professional Fees - TIGER VALUATION SERVICES LLC | 32,416.85 | 32,416.85 | 0.00 |
| Other Professional Fees - Civil Action Group Ltd. | 1,781.10 | 1,781.10 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 349,675.85  
Remaining balance: $ 1,340,751.21

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00  
Remaining balance: $ 1,340,751.21

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $61,552.99 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Chezarae A.Yothers | 0.00 | 0.00 | 0.00 |
| 2II | A.B. Plumbing Contractor, Inc. | 0.00 | 0.00 | 0.00 |
| 3 | Tina J. Rousseau | 0.00 | 0.00 | 0.00 |
| 4 | Kenneth A. George | 0.00 | 0.00 | 0.00 |
| 5 | Travies L. George | 0.00 | 0.00 | 0.00 |
| 6 | Travies L. George | 0.00 | 0.00 | 0.00 |
| 7 | Joshua J. Kneale | 0.00 | 0.00 | 0.00 |
| 8 | Karen S. Wright | 0.00 | 0.00 | 0.00 |
| 9 | Samantha J. Weaver | 0.00 | 0.00 | 0.00 |
| 10 | Daniel N Frey | 0.00 | 0.00 | 0.00 |
| 11 | Tina M. Snook | 0.00 | 0.00 | 0.00 |
| 12 | Charlotte A. Gunsallus | 0.00 | 0.00 | 0.00 |
| 13 | Toni L. Amacher | 0.00 | 0.00 | 0.00 |
| 14 | Danny Smith | 0.00 | 0.00 | 0.00 |
| 15 | John Fye | 0.00 | 0.00 | 0.00 |
| 16 | DANIEL J. BARTHOLOMEW | 0.00 | 0.00 | 0.00 |
| 17 | Jason Rote | 0.00 | 0.00 | 0.00 |
| 18 | Brian M. Newman | 0.00 | 0.00 | 0.00 |
| 19 | James C. Watkins | 0.00 | 0.00 | 0.00 |
| 20 | Agnes R Neff | 380.00 | 0.00 | 380.00 |
| 21 | Maria De Lourdes Failla | 0.00 | 0.00 | 0.00 |
| 23 | Phillip A. Yothers Jr | 0.00 | 0.00 | 0.00 |
| 24P | Claudia Botsford | 0.00 | 0.00 | 0.00 |
| 25 | Debra K. Fultz | 0.00 | 0.00 | 0.00 |
| 26 | Thomas R. Brininger | 0.00 | 0.00 | 0.00 |
| 27 | Shirley M. Sampsel | 0.00 | 0.00 | 0.00 |
| 29 | Maria K. Kepler | 0.00 | 0.00 | 0.00 |
| 30 | Halley K. Irvin | 0.00 | 0.00 | 0.00 |
| 31 | Gary E. Kepler | 0.00 | 0.00 | 0.00 |
| 32 | Eric S. Eisenhower | 0.00 | 0.00 | 0.00 |
| 33 | Eric S. Eisenhower | 0.00 | 0.00 | 0.00 |
| 34 | Anthony J. Buck | 0.00 | 0.00 | 0.00 |
| 35 | David G. Houdeshell | 0.00 | 0.00 | 0.00 |
| 36 | Michael A. Tyger | 0.00 | 0.00 | 0.00 |
| 37 | John H. Heaton III | 0.00 | 0.00 | 0.00 |
| 38 | Sharon L. Masters | 0.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 39 | Susan Ann Confer | 0.00 | 0.00 | 0.00 |
| 42 | Contrast Communications, LLC | 0.00 | 0.00 | 0.00 |
| 44 | Betsy Falls | 0.00 | 0.00 | 0.00 |
| 46 | Glenn P. Eckley Jr | 0.00 | 0.00 | 0.00 |
| 48A | Partcraft, Inc | 0.00 | 0.00 | 0.00 |
| 50A | Big Joe Lift Trucks, Inc. | 0.00 | 0.00 | 0.00 |
| 51 | Jeffery S. Snyder | 0.00 | 0.00 | 0.00 |
| 54 | Eugene E. Falls, Jr. | 0.00 | 0.00 | 0.00 |
| 55 | James A. Geyer | 0.00 | 0.00 | 0.00 |
| 56 | Raymond W. Watkins | 0.00 | 0.00 | 0.00 |
| 58 | Blanche E Ulrich | 0.00 | 0.00 | 0.00 |
| 59 | Carina Espinoza | 0.00 | 0.00 | 0.00 |
| 60 | Jeffery Sheaffer | 0.00 | 0.00 | 0.00 |
| 62 | Mynerva A Diaz | 0.00 | 0.00 | 0.00 |
| 63 | Eric Rathburn | 0.00 | 0.00 | 0.00 |
| 64 | Eric Rathburn Jr. | 0.00 | 0.00 | 0.00 |
| 65 | Ronald Lewis Kline | 0.00 | 0.00 | 0.00 |
| 66 | Robert P. Szostek | 0.00 | 0.00 | 0.00 |
| 67 | Peter J. Eyer | 0.00 | 0.00 | 0.00 |
| 68 | Walter W Richardson | 0.00 | 0.00 | 0.00 |
| 70 | Theresa L Dreistadt | 0.00 | 0.00 | 0.00 |
| 73 | Shyril Caris | 0.00 | 0.00 | 0.00 |
| 74 | Rick E. Keister | 0.00 | 0.00 | 0.00 |
| 75 | Kevin R Yearick | 0.00 | 0.00 | 0.00 |
| 77 | Piotr Klaczkowski | 7,528.89 | 0.00 | 7,528.89 |
| 82 | Sherry L. Andrus | 0.00 | 0.00 | 0.00 |
| 84 | Jeremy King | 0.00 | 0.00 | 0.00 |
| 86 | Morgan Stantz | 0.00 | 0.00 | 0.00 |
| 91A | Florence Pryce | 12,475.00 | 0.00 | 12,475.00 |
| 92 | David L. Williams | 0.00 | 0.00 | 0.00 |
| 93 | Cheryl Bellefontaine | 10,636.50 | 0.00 | 10,636.50 |
| 94A | Duilia Pomazanskyj | 12,475.00 | 0.00 | 12,475.00 |
| 95 | Mary A. Hopfer | 0.00 | 0.00 | 0.00 |
| 96 | Kelly L. Glozzer | 0.00 | 0.00 | 0.00 |
| 97P | Robin L Cramer | 0.00 | 0.00 | 0.00 |
| 98 | Richard E. Lamey | 0.00 | 0.00 | 0.00 |
| 99A | Gemma Breczku | 12,475.00 | 0.00 | 12,475.00 |
| 100 | Ronald S Stahl | 0.00 | 0.00 | 0.00 |
| 103 | Robin L. Cramer | 0.00 | 0.00 | 0.00 |
| 106 | Gilbert F. Mundorff | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TFR(5/1/2011)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 107 | Nicole A Stahl | 0.00 | 0.00 | 0.00 |
| 111 | Raymond W. Watkins | 0.00 | 0.00 | 0.00 |
| 114 | Damien L. Sees | 0.00 | 0.00 | 0.00 |
| 119 | Tracie L. Andrews | 0.00 | 0.00 | 0.00 |
| 122A | Robert C Cronish | 0.00 | 0.00 | 0.00 |
| 124 | Brownie's Signs | 0.00 | 0.00 | 0.00 |
| 125 | Gregory A.McDermit | 0.00 | 0.00 | 0.00 |
| 128 | Robin E Wirth | 0.00 | 0.00 | 0.00 |
| 132 | CLAIR A TROUTMAN | 0.00 | 0.00 | 0.00 |
| 134 | David A Camp | 0.00 | 0.00 | 0.00 |
| 142A | B and B Restoration | 0.00 | 0.00 | 0.00 |
| 147P | Manpower Inc. of Altoona | 0.00 | 0.00 | 0.00 |
| 152 | Lu Zhichun | 2,769.00 | 0.00 | 2,769.00 |
| 153 | James A Kramer | 0.00 | 0.00 | 0.00 |
| 159P | Henglong USA Corporation | 0.00 | 0.00 | 0.00 |
| 161 | Raymond Watkins | 0.00 | 0.00 | 0.00 |
| 162 | Megan Liegey | 0.00 | 0.00 | 0.00 |
| 167 | Brownie's Signs | 0.00 | 0.00 | 0.00 |
| 169A | Ken Shaw Lexus Toyota | 0.00 | 0.00 | 0.00 |
| 171 | Mark W. Reese | 0.00 | 0.00 | 0.00 |
| 174 | Mary A. Hopfer | 0.00 | 0.00 | 0.00 |
| 187P | Shi Wei | 0.00 | 0.00 | 0.00 |
| 194P | Bill Murray & Associates, Inc. | 0.00 | 0.00 | 0.00 |
| 198 | Linda Lee Phillips | 0.00 | 0.00 | 0.00 |
| 240P | Qing Liu | 516.62 | 0.00 | 516.62 |
| 248P | Canada Customs & Revenue Agency | 2,245.11 | 0.00 | 2,245.11 |
| FICA ER | Internal Revenue Service - EFTPS - 941 | 23.56 | 0.00 | 23.56 |
| FUTA | Internal Revenue Service - EFTPS - 940 | 22.80 | 0.00 | 22.80 |
| MEDI ER | Internal Revenue Service - EFTPS - 941 | 5.51 | 0.00 | 5.51 |

Total to be paid for priority claims: $ 61,552.99
Remaining balance: $ 1,279,198.22

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $71,891,853.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MePush Technology Solutions | 20,138.10 | 0.00 | 358.41 |
| 4II | Fastenal Company | 1,113.70 | 0.00 | 19.82 |
| 14II | A.B. Plumbing Contractor, Inc. | 1,763.31 | 0.00 | 31.38 |
| 22 | Premier Alliance Group, Inc | 0.00 | 0.00 | 0.00 |
| 24U | Claudia Botsford | 0.00 | 0.00 | 0.00 |
| 26LHD | Yorkdale Volkswagen | 558.61 | 0.00 | 9.94 |
| 27RHI | Steering Superstores | 1,422,045.23 | 0.00 | 25,308.25 |
| 28 | Advics North America, Inc. | 8,935.40 | 0.00 | 159.03 |
| 28RHI | MM Knopf Auto Parts | 1,053,662.02 | 0.00 | 18,752.11 |
| 30RHI-B | LPR SRL | 32,801.32 | 0.00 | 583.77 |
| 39REI | Kotec America Inc. | 11,295.40 | 0.00 | 201.03 |
| 40 | Par International | 7,500.00 | 0.00 | 133.49 |
| 41 | Vaitheeswaran Ramaswamy | 7,376.00 | 0.00 | 131.27 |
| 43 | Jerrod Hunter-Smith | 0.00 | 0.00 | 0.00 |
| 45 | American Pacific Core, Inc | 9,817.50 | 0.00 | 174.72 |
| 47 | Premier Auto Parts LLC | 2,080.65 | 0.00 | 37.03 |
| 48B | Partcraft, Inc | 4,335.35 | 0.00 | 77.16 |
| 49 | Quantum Automation | 2,683.04 | 0.00 | 47.75 |
| 50B | Big Joe Lift Trucks, Inc. | 23,669.60 | 0.00 | 421.25 |
| 52 | LKQ Best Automotive | 154,905.60 | 0.00 | 2,756.87 |
| 53 | Modern Electrical Contracting, Inc. | 1,029.00 | 0.00 | 18.31 |
| 57 | Macomb Printing Inc. dba Macomb Mar | 10,909.22 | 0.00 | 194.15 |
| 61 | GCommerce Inc | 1,200.00 | 0.00 | 21.36 |
| 61LHD-B | Etiquetas y Envases del Norte, S.A. DE C.V. | 14,207.88 | 0.00 | 252.86 |
| 69 | Recycler Core Corporation, Inc. | 281,060.86 | 0.00 | 5,002.06 |
| 71 | BEARINGS 2000 SALES CO | 95,508.62 | 0.00 | 1,699.77 |
| 72 | Southern California Material Handli | 7,618.15 | 0.00 | 135.58 |
| 76 | Dale Adams Enterprises | 18,300.41 | 0.00 | 325.69 |
| 78 | WJB Automotive Inc | 47,508.61 | 0.00 | 845.51 |
| 79 | Northern California Labels Inc | 26,245.43 | 0.00 | 467.09 |
| 80 | W W Grainger, Inc. | 2,351.49 | 0.00 | 41.85 |

**UST Form 101-7-TFR(5/1/2011)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 81 | Estes Express Lines | 548.01 | 0.00 | 9.75 |
| 83 | Total Auto Core Inc | 89,030.00 | 0.00 | 1,584.47 |
| 85 | Westlake Manufacturing Inc. | 994,173.17 | 0.00 | 17,693.38 |
| 87 | BDO Canada LLP | 192,783.15 | 0.00 | 3,430.98 |
| 87REI | Toro Pallets Inc. | 5,700.00 | 0.00 | 101.44 |
| 88 | Motor Information Systems | 8,972.00 | 0.00 | 159.68 |
| 89 | ULINE | 298.32 | 0.00 | 5.31 |
| 90 | Dixie Electric Ltd. | 84,154.00 | 0.00 | 1,497.70 |
| 91B | Florence Pryce | 943.61 | 0.00 | 16.79 |
| 94B | Duilia Pomazanskyj | 43,013.49 | 0.00 | 765.51 |
| 97U | Robin L Cramer | 0.00 | 0.00 | 0.00 |
| 99B | Gemma Breczku | 5,525.00 | 0.00 | 98.33 |
| 101 | NO CLAIM FILED | 0.00 | 0.00 | 0.00 |
| 102 | NO CLAIM FILED | 0.00 | 0.00 | 0.00 |
| 104 | S&L International, Inc. | 17,564.00 | 0.00 | 312.59 |
| 105 | Brake Parts International | 574,166.22 | 0.00 | 10,218.48 |
| 108 | JilinDongguangAoweiAutomobile BrakeSystem | 209,838.28 | 0.00 | 3,734.51 |
| 109 | Victory Packaging, L.P. | 79,133.83 | 0.00 | 1,408.35 |
| 110 | SoftChoice Corporation | 3,634.76 | 0.00 | 64.69 |
| 112 | Interparts Industries, Inc. | 100,832.84 | 0.00 | 1,794.53 |
| 113 | Wanxiang America Corporation | 419,482.66 | 0.00 | 7,465.57 |
| 115 | FTE Automotive USA, Inc. | 1,494,930.48 | 0.00 | 26,605.40 |
| 116 | CTL North America Ltd. | 223,098.53 | 0.00 | 3,970.50 |
| 117 | US Customs and Border Protection | 0.00 | 0.00 | 0.00 |
| 118 | TS Express Logistics, Inc | 284,389.57 | 0.00 | 5,061.30 |
| 120 | Zhejiang Zhaofeng Mechanical & Elec | 9,809,741.47 | 0.00 | 174,584.77 |
| 121 | Flux Branding | 121,117.10 | 0.00 | 2,155.53 |
| 122B | Robert C Cronish | 21,289.12 | 0.00 | 378.88 |
| 123 | Versa Fittings & Mfg. Inc. | 5,002.50 | 0.00 | 89.03 |
| 126 | Haining Automann Parts Co.,Ltd | 0.00 | 0.00 | 0.00 |
| 127 | KML Bearing USA, Inc. | 76,653.55 | 0.00 | 1,364.21 |
| 129 | Private Disposal Systems | 2,208.27 | 0.00 | 39.30 |
| 130 | Wire Cloth Filter Mfg.Co. | 771.84 | 0.00 | 13.74 |
| 131 | Mifflin County Industrial Developme | 7,292.00 | 0.00 | 129.78 |
| 133 | Dan's Auto Services | 0.00 | 0.00 | 0.00 |
| 135 | SS Components Ltd | 58,281.66 | 0.00 | 1,037.24 |
| 136 | Ametek Programmable | 1,619.93 | 0.00 | 28.83 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 137 | Valeo Pyeong Hwa International Co., | 2,000,379.33 | 0.00 | 35,600.91 |
| 138 | Multi-Brake Supply, LLC | 0.00 | 0.00 | 0.00 |
| 139 | Dakar Inc. | 569.52 | 0.00 | 10.14 |
| 140 | Leech Tishman Fuscaldo & Lampl, LLC | 4,276.60 | 0.00 | 76.11 |
| 141 | Equipment Depot, Ltd. | 0.00 | 0.00 | 0.00 |
| 142B | B and B Restoration | 1,000.00 | 0.00 | 17.80 |
| 143 | Powermotive Industries | 21,135.70 | 0.00 | 376.15 |
| 144 | International Certification Service | 13,848.10 | 0.00 | 246.46 |
| 145 | Hub Group Inc | 163,132.48 | 0.00 | 2,903.28 |
| 146 | Versa Fittings & Mfg. Inc. | 0.00 | 0.00 | 0.00 |
| 147U | Manpower Inc. of Altoona | 0.00 | 0.00 | 0.00 |
| 148 | Five 9 Inc. | 1,865.00 | 0.00 | 33.19 |
| 149 | Werner Enterprises Inc | 398,392.38 | 0.00 | 7,090.22 |
| 150 | Premier Alliance Group, Inc | 22,152.01 | 0.00 | 394.24 |
| 151U | Royal 4 Systems | 990.00 | 0.00 | 17.62 |
| 154 | Macro Professional Cleaning Service | 10,812.90 | 0.00 | 192.44 |
| 155 | Strategic Information Group | 175,578.82 | 0.00 | 3,124.79 |
| 156 | Global Parts Source, Inc | 213,520.37 | 0.00 | 3,800.04 |
| 157 | Matejcic Carr, Inc. dba MCI Cores | 0.00 | 0.00 | 0.00 |
| 158 | Matejcic Carr, Inc. | 477,928.65 | 0.00 | 8,505.74 |
| 159U | Henglong USA Corporation | 91,960.00 | 0.00 | 1,636.62 |
| 160 | Sandler Travis & Rosenberg PA | 2,652.50 | 0.00 | 47.21 |
| 163 | Able Ribbon Technology, Inc. | 774.88 | 0.00 | 13.79 |
| 164 | CNP Automotive Parts Inc | 117,237.07 | 0.00 | 2,086.48 |
| 165 | Elite Enterprise | 269,519.00 | 0.00 | 4,796.65 |
| 166 | Transplace International | 431,515.81 | 0.00 | 7,679.72 |
| 168 | Dan's Auto Services | 0.00 | 0.00 | 0.00 |
| 169B | Ken Shaw Lexus Toyota | 8,710.78 | 0.00 | 155.03 |
| 170 | Staples | 2,375.08 | 0.00 | 42.27 |
| 172 | KBF Print Technology | 69,618.45 | 0.00 | 1,239.01 |
| 173 | Atlantic Automotive Enterprises, LL | 14,440.00 | 0.00 | 256.99 |
| 175 | Claim Filed In Error | 0.00 | 0.00 | 0.00 |
| 176 | Resources Global Professionals | 311,685.64 | 0.00 | 5,547.09 |
| 177 | Robic Group International | 6,777.64 | 0.00 | 120.62 |
| 178 | Dixie Electric | 0.00 | 0.00 | 0.00 |
| 179 | Pratt Industries, Inc. | 43,351.95 | 0.00 | 771.54 |
| 180 | Equipos Electricos Garcia SA DE CV | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TFR(5/1/2011)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 181 | Fisher Auto Parts Inc. | 0.00 | 0.00 | 0.00 |
| 182 | Exova Canada Inc. | 565.00 | 0.00 | 10.06 |
| 183 | LAP Co, Inc. | 565,067.00 | 0.00 | 10,056.54 |
| 184 | Zhejiang Jishang Automobile Compone | 8,250.75 | 0.00 | 146.84 |
| 185B | De Lage Landen Financial Services | 35,864.04 | 0.00 | 638.28 |
| 186 | Biochem Environmental Solutions Inc | 1,945.68 | 0.00 | 34.63 |
| 187U | Shi Wei | 0.00 | 0.00 | 0.00 |
| 188 | Bosda International Inc | 0.00 | 0.00 | 0.00 |
| 189 | Bosda International Inc | 1,093,124.97 | 0.00 | 19,454.43 |
| 190 | Xinchang Kaiyuan Automobile | 1,174,555.08 | 0.00 | 20,903.65 |
| 191 | BPS Cores, Inc. | 121,609.89 | 0.00 | 2,164.30 |
| 192 | Zhejiang Jinhui Machine Co Ltd | 11,565.00 | 0.00 | 205.82 |
| 193 | Service Container Company, LLC | 31,184.84 | 0.00 | 555.00 |
| 194U | Bill Murray & Associates, Inc. | 1,100,000.00 | 0.00 | 19,576.79 |
| 195 | Induclose Caps and Plugs Ltd | 25,559.48 | 0.00 | 454.88 |
| 196 | Weaver Electrical Service Inc | 7,829.25 | 0.00 | 139.34 |
| 197 | Lammbros Inc. dba Elder Rubber Comp | 80,731.81 | 0.00 | 1,436.79 |
| 199 | Alixpartners Canada Inc. | 631,737.35 | 0.00 | 11,243.08 |
| 200B | De Lage Landen Financial | 48,209.14 | 0.00 | 857.98 |
| 201 | Swiss Instruments Limited | 3,779.85 | 0.00 | 67.27 |
| 202 | Freudenberg-Nok General Partnership | 1,964,226.49 | 0.00 | 34,957.50 |
| 203 | Oetiker Inc | 1,188.00 | 0.00 | 21.14 |
| 204 | Cromac Inc | 49,574.82 | 0.00 | 882.29 |
| 205U | Genuine Parts Company | 0.00 | 0.00 | 0.00 |
| 206 | M&T BANK | 0.00 | 0.00 | 0.00 |
| 207 | M And T Bank (M&T Bank) | 0.00 | 0.00 | 0.00 |
| 208 | M And T Bank (M&T Bank) | 0.00 | 0.00 | 0.00 |
| 211 | M&T BANK | 0.00 | 0.00 | 0.00 |
| 212 | YRC FRT | 105,992.54 | 0.00 | 1,886.36 |
| 214 | M&T BANK | 712,000.00 | 0.00 | 12,671.52 |
| 216 | Autozone Parts, Inc. | 0.00 | 0.00 | 0.00 |
| 217 | M&T BANK | 238,128.48 | 0.00 | 4,237.99 |
| 219 | United Parcel Service (Freight) | 19,962.47 | 0.00 | 355.27 |
| 220 | Rebuilders Automotive Supply | 2,369,476.00 | 0.00 | 42,169.76 |
| 221 | Yusin Brake Corporation | 2,329,584.06 | 0.00 | 41,459.80 |
| 222 | Yun Sheng Industry Co., Ltd. | 1,274,942.58 | 0.00 | 22,690.26 |
| 223 | M&T BANK | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TFR(5/1/2011)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 224B | M&T BANK | 33,221,590.90 | 0.00 | 591,247.36 |
| 225 | M&T BANK | 0.00 | 0.00 | 0.00 |
| 226 | M&T BANK | 0.00 | 0.00 | 0.00 |
| 227 | Korea Trade Insurance Corporation ( | 965,262.28 | 0.00 | 17,178.85 |
| 228 | Korea Trade Insurance Corporation ( | 504,634.01 | 0.00 | 8,981.01 |
| 246 | Zones, Inc | 15,000.00 | 0.00 | 0.00 |
| 249 | Equipment Depot, Ltd. | 5,701.00 | 0.00 | 101.46 |
| 250 | Victory Packaging L.P. | 65,000.00 | 0.00 | 1,156.81 |
| 251 | Pratt Industries De Monterrey S De | 25,000.00 | 0.00 | 444.93 |

Total to be paid for timely general unsecured claims:   $   1,279,198.22
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $11,715,147.67 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 230 | Export Development Canada (Assignee | 23,468.65 | 0.00 | 0.00 |
| 231 | Penoco, Inc. | 0.00 | 0.00 | 0.00 |
| 232 | Moran Industries, Inc. | 15,736.46 | 0.00 | 0.00 |
| 233 | Wickens Industrial Limited | 3,757.00 | 0.00 | 0.00 |
| 234 | Seojin Automotive Co., Ltd. | 290,146.16 | 0.00 | 0.00 |
| 235 | Modern Sales Co-Op | 29,339.13 | 0.00 | 0.00 |
| 236 | ABS Brake Systems Ltd | 73,521.25 | 0.00 | 0.00 |
| 237 | Servicios Ambientales Mexicanos SA | 11,600.00 | 0.00 | 0.00 |
| 238 | Seal & Design Inc. | 4,467.19 | 0.00 | 0.00 |
| 239 | Fedex Trade Networks | 895.37 | 0.00 | 0.00 |
| 240U | Qing Liu | 9,600.03 | 0.00 | 0.00 |
| 241 | PPL Electric Utilities | 30,023.30 | 0.00 | 0.00 |
| 242 | J&J Pallet Company, Inc. | 10,104.46 | 0.00 | 0.00 |
| 243 | Avante Naves Industriales, S.A. De | 5,859,699.64 | 0.00 | 0.00 |
| 244 | Avante Inmuebles Industriales, S.A. | 5,211,909.27 | 0.00 | 0.00 |
| 245 | Zones, Inc | 11,869.97 | 0.00 | 0.00 |
| 247 | Canada Customs & Revenue Agency | 126,701.65 | 0.00 | 0.00 |
| 248U | Canada Customs & Revenue Agency | 2,308.14 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| | | None | | |

| | | |
|---|---|---:|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |