UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>Fenwick Automotive Products Limited<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NO. 13-11500 (BLS)<br><br>RE: Docket No. 488 |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth is hereby **ORDERED.**

**AND NOW**, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $833,611.24 is reasonable compensation for the services in this case by George L. Miller, trustee; that such sum does not exceed the limitation prescribed by Section 326 of the Bankruptcy Code, that $10,799.59 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the Trustee.

Dated: June 1st, 2020
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE